01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  ANDREW C. STRICK,                    )
                                         )   Case No. C06-5221-JPD
09            Petitioner,                )
                                         )
10      v.                               )
                                         )
11  UNITED STATES OF AMERICA,            )   SHOW CAUSE ORDER
                                         )
12            Respondent.                )
                                         )
13  _____   )

14          On March 15, 2006, petitioner pleaded guilty to trespassing on federal land and was

15  sentenced to pay a $60 fine.  Dkt. No. 1.  This matter comes before the Court on petitioner's

16  pro se 28 U.S.C. § 2255 motion to vacate, set aside, or correct this sentence.  *Id.*  Petitioner

17  argues that, although he pleaded guilty, he did not know that he was trespassing because he

18  did not see posted signs.  *Id.*  Having carefully reviewed the motion and balance of the Court

19  record, the Court ORDERS as follows:

20          (1)     Petitioner is directed to SHOW CAUSE as to why this petition should not be

21  denied.  28 U.S.C. § 2255 provides that

22          A *prisoner in custody* under sentence of a court established by Act of Congress
            *claiming the right to be released* upon the ground that the sentence was
23          imposed in violation of the Constitution or laws of the United States, or that the
            court was without jurisdiction to impose such sentence, or that the sentence
24          was in excess of the maximum authorized by law, or is otherwise subject to
            collateral attack, may move the court which imposed the sentence to vacate, set
25          aside or correct the sentence.

26  (emphasis added).  Hence, pursuant to the plain terms of the statute, a petitioner must claim

    that he has the right to be released from custody in order for his motion to be properly

    SHOW CAUSE ORDER
    PAGE -1

01  cognizable under § 2255. *United States v. Kramer*, 195 F.3d 1129, 1129-30 (9th Cir. 1999).

02  "Claims for other types of relief . . . cannot be brought in a § 2255 motion[.]" *United States v.*

03  *Thiele*, 314 F.3d 399, 400 (9th Cir. 2002). Every other circuit court to have considered this

04  question has arrived at the same conclusion. *Kramer*, 195 F.3d at 1130 (collecting cases).

05          Here, petitioner's motion does not seek release from custody and does not appear to

06  raise a constitutional challenge to his sentence. Rather, it appears to only seek to have the $60

07  fine vacated. Dkt. No. 1. This is not cognizable in a 28 U.S.C. § 2255 motion. Petitioner is

08  directed to advise the Court no later than June 5, 2006, whether his 2006 sentence included a

09  period of incarceration or any other restraints on his liberty. Additionally, petitioner shall

10  indicate whether he is raising a federal constitutional challenge to the sentence. If petitioner

11  fails to respond adequately within the above-described time period, the Court may deny the

12  motion.

13          DATED this 19th day of May, 2006.

14

15                                              *James P. Donohue*

16                                              JAMES P. DONOHUE
                                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

SHOW CAUSE ORDER
PAGE -2